**Maxine GILBERT, Petitioner,**

v.

**DEPARTMANT OF THE ARMY, Respondent.**

No. 02–3208.

United States Court of Appeals, Federal Circuit.

Aug. 21, 2002.

ON MOTION

ORDER

Upon consideration of Maxine Gilbert's unopposed motion for reconsideration of the court's June 19, 2002 order dismissing her petition for review for failure to pay the filing fee, failure to submit a Fed. Cir. R. 15(c) statement concerning discrimination, and failure to file a brief, those items having now been received,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the court's June 19 order is vacated and the petition is reinstated. The Department of the Army should compute its brief due date from the date of filing of this order.

**Kevin CONWAY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5013.

United States Court of Appeals, Federal Circuit.

Aug. 23, 2002.

ORDER

The appellant's brief having been received on August 20, 2002, and in accordance with the court's order of August 1, 2002,

IT IS ORDERED THAT:

The court's June 20, 2002, order is vacated, the mandate is recalled, and the appeal is reinstated. The appellant's corrected brief is due by September 6, 2002.